**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher Foxx<br>Teresa Foxx | CHAPTER 13<br><br>BKY. NO. 17-16789 REF |
| Debtors | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                      Respectfully submitted,
                      **/s/ Kevin G. McDonald, Esq.**
                      Kevin G. McDonald, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322