UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Christopher Foxx                : Chapter 13
        Teresa Foxx                        :
               Debtors            : Case No.  17-16789

## ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN

This Addendum is filed to the Debtors' 2nd Amended Chapter 13 Plan to correct the treatment of a secured claim to be consistent with a Stipulation and Order entered by the Bankruptcy Court addressing that treatment.   In that regard, the following is substituted for Paragraph 4(b) of the 2nd Amended Plan:

**§ 4(b) Allowed Secured Claims to be Paid in Full: Based on Proof of Claim or Pre-Confirmation Determination of the Amount, Extent or Validity of the Claim**

_____   **None.** If "None" is checked, the rest of § 4(b) need not be completed.

(1) Allowed secured claims listed below shall be paid in full and their liens retained until completion of payments under the plan.

(2) If necessary, a motion, objection and/or adversary proceeding, as appropriate, will be filed to determine the amount, extent or validity of the allowed secured claim and the court will make its determination prior to the confirmation hearing.

(3) Any amounts determined to be allowed unsecured claims will be treated either**:** (A) as a general unsecured claim under Part 5 of the Plan or (B) as a priority claim under Part 3, as determined by the court.

(4) In addition to payment of the allowed secured claim, "present value" interest pursuant to 11 U.S.C. § 1325(a) (5) (B) (ii) will be paid at the rate and in the amount listed below. If the claimant included a different interest rate or amount for "present value" interest in its proof of claim, the court will determine the present value interest rate and amount at the confirmation hearing.

(5) Upon completion of the Plan, payments made under this section satisfy the allowed secured claim and release the corresponding lien.

| Creditor | Description of Secured Property and Address, if real property | Allowed Secured Claim | Present Value Interest Rate | Dollar Amount of Present Value Interest | Total Amount to be paid |
|---|---|---|---|---|---|
| Wells Fargo Dealer Services | 2010 Chevrolet Traverse | $9,850.00 | 6.0% | $1,068.62 | $10,918.62 |

In all other respects the 2nd Amended Plan filed by the Debtor is ratified.

Dated:  9/26/18                                               **CASE & DIGIAMBERARDINO , P.C.**
                                                                By:      s/John A. DiGiamberardino, Esquire
                                                                        Attorney I.D. #41268
                                                                        845 N. Park Road, Ste. 101
                                                                        Wyomissing, PA  19610
                                                                        (610) 372-9900
                                                                        (610) 372-5469 - fax
                                                                        Attorney for Debtor