IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Christopher Foxx                : Chapter 13
           Teresa Foxx                        :
                 Debtors             : Case No.  17-16789

## REQUEST TO NOTE CHANGE OF ADDRESS

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly change the address for the debtor, Christopher Foxx only, to the following:

63 Winged Foot Drive
Reading, PA 19607

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
        Attorney I.D. #41268
        845 N. Park Road, Ste. 101
        Wyomissing, PA  19610
        (610) 372-9900
        (610) 372-5469 -f ax
        Attorney for Debtor