**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                              CASE NO.: 17-16789-ref
                                                                                                     **CHAPTER 13**

**Christopher Foxx,**

   Debtor,

**Teresa Foxx,**

   Joint Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

    **PLEASE TAKE NOTICE THAT,** on behalf of LOANCARE, LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                                    RAS Crane, LLC
                                                    Authorized Agent for Secured Creditor
                                                    10700 Abbott's Bridge Road, Suite 170
                                                    Duluth, GA 30097
                                                    Telephone: 470-321-7112
                                                    Facsimile: 404-393-1425
                                                    By: /s/Ashlee Fogle
                                                    Ashlee Fogle, Esquire
                                                    Email: afogle@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOHN A. DIFIAMBERADINO
CASE & DIGIAMBERARDINO, P.C.
845 NORTH PARK ROAD
SUITE 101
WYOMISSING, PA 19610

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.  SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

CHRISTOPHER FOXX
TERESA FOXX
63 WINGED FOOT DRIVE
READING, PA 19607

                            RAS Crane, LLC
                            Authorized Agent for Secured Creditor
                            10700 Abbott's Bridge Road, Suite 170
                            Duluth, GA 30097
                            Telephone: 470-321-7112
                            Facsimile: 404-393-1425
                            By: /s/Ashlee Fogle
                            Ashlee Fogle, Esquire
                            Email: afogle@rascrane.com