IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Foxx : Chapter 13
        Teresa Foxx : 
              Debtors : Case No.  17-16789

## CERTIFICATE OF NO OPPOSITION

    I, John A. DiGiamberardino, Esquire, attorney for debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the debtor's Motion to Modify Plan Post-confirmation and the debtor requests that the court grant the debtor's Motion, without hearing, as the Motion is uncontested.

Date:  5/8/19

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
         Attorney I.D. #41268
         845 N. Park Rd., Ste. 101
         Wyomissing, PA  19610
         (610)  372-9900
         (610) 372-5469 - fax
         Attorney for debtor