IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Foxx            : Chapter 13
       Teresa Foxx                 :
            Debtors           : Case No.  17-16789

**<u>ORDER</u>**

Upon consideration of the Motion to Modify Debtors' Plan Post-Confirmation and with the consent of the Chapter 13 Trustee, it is Ordered that the Debtors' Motion to Modify Plan Post-Confirmation is granted.  The Debtors' Modified Chapter 13 Plan attached to the Debtors' Motion to Modify Debtors' Plan Post-Confirmation dated April 16, 2019 as Exhibit "A" is approved and confirmed.

BY THE COURT:

**Date: May 13, 2019**

_____
                                                     J.