United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16789-ref
Christopher Foxx                                                    Chapter 13
Teresa Foxx
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR            Page 1 of 1          Date Rcvd: May 13, 2019
                            Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db         +Christopher Foxx,   63 Winged Foot Drive,   Reading, PA 19607-3410
jdb        +Teresa Foxx,   1414 Crowder Ave.,   Reading, PA 19607-2018
cr         +LoanCare, LLC,   RAS Crane, LLC,   10700 Abbott'Bridge s Road,   Suite 170,
             Duluth, GA 30097-8461
cr         +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   1451 Thomas Langston Rd,
             Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 02:29:11      Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Teresa  Foxx jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Christopher  Foxx jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Foxx                : Chapter 13
        Teresa Foxx                         :
                Debtors         : Case No.  17-16789

## **ORDER**

Upon consideration of the Motion to Modify Debtors' Plan Post-Confirmation and with the consent of the Chapter 13 Trustee, it is Ordered that the Debtors' Motion to Modify Plan Post-Confirmation is granted. The Debtors' Modified Chapter 13 Plan attached to the Debtors' Motion to Modify Debtors' Plan Post-Confirmation dated April 16, 2019 as Exhibit "A" is approved and confirmed.

BY THE COURT:

**Date: May 13, 2019**

_____ J.