United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16789-ref
Christopher Foxx                                                      Chapter 13
Teresa Foxx
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 1              Date Rcvd: May 13, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14002825         E-mail/Text: bankruptcy.bnc@ditech.com May 14 2019 02:15:36
                  Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Christopher  Foxx jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Teresa  Foxx jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                    TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16789-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher Foxx
63 Winged Foot Drive
Reading PA 19607

Teresa Foxx
1414 Crowder Ave.
Reading PA 19607

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/10/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

LoanCare, LLC
P.O. Box 8068
Virginia Beach, VA 23450

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/15/19

Tim McGrath
**CLERK OF THE COURT**