IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Foxx                                  : Chapter 13
         Teresa Foxx                                          :
                Debtors                            : Case No.  17-16789

## ORDER

Upon consideration of the Application for Allowance of SupplementalCompensation filed by Debtor's counsel, John A. DiGiamberardino, Esquire, it is **ORDERED** that the Application for counsel fees is **GRANTED** and that supplemental compensation of $978.15 and reimbursement of expenses of $21.85 are **ALLOWED**.

Date:  8/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**