United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16789-elf
Christopher Foxx                                                    Chapter 13
Teresa Foxx
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey               Page 1 of 1           Date Rcvd: Aug 08, 2019
                              Form ID: pdf900            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db             #+Christopher Foxx,    63 Winged Foot Drive,    Reading, PA 19607-3410
jdb             +Teresa Foxx,    1414 Crowder Ave.,    Reading, PA 19607-2018
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr              +LoanCare, LLC,    RAS Crane, LLC,    10700 Abbott'Bridge s Road,   Suite 170,
                  Duluth, GA 30097-8461
cr              +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd,
                  Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2019 02:46:16
                  Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2019 02:46:26     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 02:47:24     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Christopher  Foxx jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Teresa  Foxx jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LOANCARE, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher Foxx : Chapter 13
      Teresa Foxx :
              Debtors : Case No. 17-16789

## **ORDER**

Upon consideration of the Application for Allowance of SupplementalCompensation filed by Debtor's counsel, John A. DiGiamberardino, Esquire, it is **ORDERED** that the Application for counsel fees is **GRANTED** and that supplemental compensation of $978.15 and reimbursement of expenses of $21.85 are **ALLOWED**.

Date: 8/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**