IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Christopher Foxx | : Chapter 13 |
| | Teresa Foxx | : |
| | Debtors | : Case No. 17-16789 |

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Fourth Amended Chapter 13 Plan is **APPROVED**.

**Dated:** May 14, 2020

**BY THE COURT:**

_____
Patricia M. Mayer, J.