United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher Foxx  
Teresa Foxx  
  Debtors

Case No. 17-16789-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: SaraR   Page 1 of 1   Date Rcvd: May 14, 2020  
       Form ID: pdf900   Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.
```
db          #+Christopher Foxx,   63 Winged Foot Drive,   Reading, PA 19607-3410
jdb          +Teresa Foxx,   1414 Crowder Ave.,   Reading, PA 19607-2018
cr           +LoanCare, LLC,   RAS Crane, LLC,   10700 Abbott'Bridge s Road,   Suite 170,
               Duluth, GA 30097-8461
cr           +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   1451 Thomas Langston Rd,
               Winterville, NC 28590-8872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 03:20:04      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

    ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:
```
          JEROME B. BLANK    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Teresa  Foxx jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Christopher  Foxx jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    LOANCARE, LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Foxx              : Chapter 13
           Teresa Foxx                    :
                    Debtors         : Case No.  17-16789

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Fourth Amended Chapter 13 Plan is **APPROVED**.

**Dated:**  May 14, 2020

BY THE COURT:

_Patricia M. Mayer_
_____
J.