| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-16789-PMM

CHRISTOPHER  FOXX  
TERESA  FOXX  
63 WINGED FOOT DRIVE  
READING  PA    19607  

Petition Filed Date: 10/04/2017  
341 Hearing Date: 12/05/2017  
Confirmation Date: 09/27/2018  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2019 | $125.00 | | 05/30/2019 | $125.00 | | 07/08/2019 | $125.00 | |
| 07/30/2019 | $125.00 | | 09/06/2019 | $125.00 | Monthly Plan P | 10/04/2019 | $125.00 | |
| 11/05/2019 | $125.00 | | 12/04/2019 | $125.00 | | 01/06/2020 | $125.00 | |
| 02/06/2020 | $125.00 | | 03/09/2020 | $125.00 | | 04/07/2020 | $125.00 | |
| 05/07/2020 | $125.00 | | 06/05/2020 | $125.00 | | 07/06/2020 | $125.00 | |
| 08/05/2020 | $125.00 | | | | | | | |

**Total Receipts for the Period: $2,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,810.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $2,016.12 | $0.00 | $2,016.12 |
| 9 | CAVALRY INVESTMENTS LLC<br>»» 009 | Unsecured Creditors | $1,663.65 | $0.00 | $1,663.65 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $998.59 | $0.00 | $998.59 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,386.07 | $0.00 | $1,386.07 |
| 3 | LOANCARE SERVICING CENTER<br>»» 003 | Mortgage Arrears | $31.00 | $31.00 | $0.00 |
| 21 | MERRICK BANK<br>»» 021 | Unsecured Creditors | $2,186.83 | $0.00 | $2,186.83 |
| 18 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 018 | Unsecured Creditors | $2,161.88 | $0.00 | $2,161.88 |
| 19 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 019 | Unsecured Creditors | $1,371.78 | $0.00 | $1,371.78 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $936.82 | $0.00 | $936.82 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $3,292.47 | $0.00 | $3,292.47 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $1,334.01 | $0.00 | $1,334.01 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $645.58 | $0.00 | $645.58 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $400.29 | $0.00 | $400.29 |
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 015 | Unsecured Creditors | $650.41 | $0.00 | $650.41 |

**Chapter 13 Case No. 17-16789-PMM**

|    |                                      |                    |           |           |           |
|----|--------------------------------------|--------------------|-----------|-----------|-----------|
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 016 | Unsecured Creditors | $1,797.25 | $0.00 | $1,797.25 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $687.12 | $0.00 | $687.12 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $4,851.01 | $0.00 | $4,851.01 |
| 5  | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $2,192.77 | $0.00 | $2,192.77 |
| 1  | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $1,247.11 | $0.00 | $1,247.11 |
| 22 | TD BANK USA NA »» 022 | Unsecured Creditors | $1,783.32 | $0.00 | $1,783.32 |
| 23 | TD BANK USA NA »» 023 | Unsecured Creditors | $1,086.92 | $0.00 | $1,086.92 |
| 4  | WELLS FARGO DEALER SERVICES »» 04S | Secured Creditors | $1,304.24 | $1,304.24 | $0.00 |
| 4  | WELLS FARGO DEALER SERVICES »» 04U | Unsecured Creditors | $9,778.27 | $0.00 | $9,778.27 |
| 2  | CASE & DIGIAMBERARDINO PC »» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 2  | CASE & DIGIAMBERARDINO PC »» 02P | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0  | CASE & DIGIAMBERARDINO PC | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,810.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $6,335.24 | Arrearages: | ($125.00) |
| Paid to Trustee: | $662.04 | Total Plan Base: | $8,310.00 |
| Funds on Hand: | $812.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.