IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Foxx   :  Chapter 13
   Teresa Foxx    :
      Debtors :  Case No.  17-16789

# O R D E R

**AND NOW**, upon consideration of the Second Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's Certification of no Response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$966.70**.  Costs are allowed in the amount of $33.30.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 Plan.

**Date:** 8/28/20       **BY THE COURT:**

            *Patricia M. Mayer*

            _____
            **U.S. BANKRUPTCY JUDGE**
            Hon. Patricia M. Mayer