IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Foxx      : Chapter 13
    Teresa Foxx             :
      Debtors           : Case No.  17-16789

## REQUEST TO NOTE CHANGE OF ADDRESS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly change the address for the debtor, Christopher Foxx only, to the following:

24 Sycamore Drive
Reading, PA  19606

**CASE & DIGIAMBERARDINO, P.C.**

By: s/John A. DiGiamberardino, Esquire
   Attorney I.D. #41268
   845 N. Park Road, Ste. 101
   Wyomissing, PA  19610
   (610) 372-9900
   (610) 372-5469 -fax
   Attorney for Debtor