Certificate Number: 14424-PAE-DE-035221354

Bankruptcy Case Number: 17-16789



14424-PAE-DE-035221354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 30, 2020</u>, at <u>5:17</u> o'clock <u>PM EST</u>, <u>Christopher Foxx</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 30, 2020</u>            By:   <u>/s/Mabelyn  Ramirez</u>

                                                 Name:   <u>Mabelyn  Ramirez</u>

                                                 Title:   <u>Instructor</u>