United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16789-pmm |
| Christopher Foxx | Chapter 13 |
| Teresa Foxx | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 21, 2021 | Form ID: 138NEW | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Foxx, 24 Sycamore Drive, Reading, PA 19606-9542 |
| jdb | + | Teresa Foxx, 1414 Crowder Ave., Reading, PA 19607-2018 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd, Winterville, NC 28590-8872 |
| 13994001 | + | Arcadia, 645 Penn Street, Reading, PA 19601-3559 |
| 13994002 | + | Arcadia Recovery Bureau, POB 70256, Philadelphia, PA 19176-0256 |
| 13994003 | + | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14024940 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14001649 | + | Case & DiGiamberardino, P.C., John A. DiGiamberardino, Esq., 845 N. Park Rd., Suite 101, Wyomissing, PA 19610-1342 |
| 13994007 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14198217 | + | Ditech Financial LLC, c/o KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14002825 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13994009 | + | Hayt, Hayt & Landau, 400 Market St., 6th fl., Philadelphia, PA 19106-2513 |
| 13994010 | + | Hayt, Hayt & Landau LLC, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14347540 | | LOANCARE, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14348085 | + | LOANCARE, LLC, C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Ste. 1400, Philadelphia, PA 19103-1814 |
| 13994014 | + | Law Offices od Hayt Hayt & Landau, LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 14323506 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14321013 | + | LoanCare, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |
| 13994018 | + | Midland Funding LLC, c/o Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 13994020 | | Phillips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 13994022 | | Reading Health System, P.O. Box 70894, Philadelphia, PA 19176-5894 |
| 13994024 | + | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 13994025 | + | The Law Offices of Frederic Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 13994026 | + | United Collection Bureau Inc., P.O. Box 140190, Toledo, OH 43614-0190 |
| 14444193 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14016862 | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, c/o Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3124 |
| 14010958 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 13994027 | + | Wells Fargo Dealer Services, P.O. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2021 01:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 22 2021 01:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA |

District/off: 0313-4 | User: admin | Page 2 of 3

Date Rcvd: Apr 21, 2021 | Form ID: 138NEW | Total Noticed: 55

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19106-4404 |
| 13994004 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 22 2021 01:56:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 13994005 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 01:36:48 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 13994006 | | Email/Text: bankruptcy@cavps.com | Apr 22 2021 01:56:00 | Cavalry Portfolio Services, P.O. Box 27288, Tempe, AZ 85285 |
| 14030804 | + | Email/Text: bankruptcy@cavps.com | Apr 22 2021 01:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13994008 | | Email/Text: bknotice@ercbpo.com | Apr 22 2021 01:56:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 13994011 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2021 01:56:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14030667 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2021 01:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13994012 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2021 01:55:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 13994013 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 01:55:00 | Lane Bryant Retail, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14065992 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2021 01:36:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13994015 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2021 01:35:03 | Merrick Bank Corporation, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13994016 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 01:56:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 13994017 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 01:56:00 | Midland Funding, 2365 Northside Drive Suite 30, San Diego, CA 92108-2709 |
| 14031938 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 01:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13994019 | + | Email/Text: Bankruptcies@nragroup.com | Apr 22 2021 01:56:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 13994021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 01:33:22 | Portfolio Recovery, 120 Corporate Blvd Suite 1, Norfolk, VA 23502 |
| 14000554 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 01:33:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13994023 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 01:36:52 | Sears/CitiBank, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 13994333 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 01:35:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14068206 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 01:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LoanCare, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0313-4                                    User: admin                                              Page 3 of 3
Date Rcvd: Apr 21, 2021                           Form ID: 138NEW                                    Total Noticed: 55

14001652      *+          Case & DiGiamberardino, P.C., John A. DiGiamberardino, Esq., 845 N. Park Rd., Suite 101, Wyomissing, PA 19610-1342
14030806      *+          Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor LoanCare  LLC paeb@fedphe.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Christopher Foxx jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Joint Debtor Teresa Foxx jad@cdllawoffice.com  dmk@cdllawoffice.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LOANCARE  LLC bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F WATERMAN ecfmail@readingch13.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F WATERMAN | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor LOANCARE  LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Christopher Foxx and Teresa Foxx

          Debtor(s)                                      Bankruptcy No: 17−16789−pmm

                                                       Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/21/21