### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13

Christopher Foxx and Teresa Foxx                          : Case No. 17−16789−pmm
              Debtor(s)

### ORDER
_____

AND NOW, this day , May 24, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

88
Form 195